**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**FELIX LOPEZ &**
**LORENZO SCOTT,**

**Plaintiffs,**

**vs.** **Case No.: 3:25cv122/MCR/ZCB**

**OKALOOSA COUNTY**
**SHERIFF'S OFFICE, et al.,**

**Defendants.**
______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on March 18, 2026. (Doc. 23). The Court furnished the plaintiffs a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 23) is adopted and incorporated by reference in this order.

2. Plaintiffs' second amended complaint (Doc. 22) is **DISMISSED with prejudice** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**